# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES CAMILO ROA VIVAS,<br>Petitioner,<br>v.<br>CALIFORNIA CITY WARDEN,<br>Respondents. | Case No. 1:26-cv-05582-JLT-SAB-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

In the petition, Petitioner alleges that he was not notified 48 hours before his bond hearing. (ECF No. 1 at 5.) In this Court's order granting Petitioner's first petition, the Court ordered that "[a]t least 72 hours before the scheduled hearing, the Petitioner **SHALL** receive notice of the hearing." Order at 3, Roa Vivas v. Warden, No. 1:26-cv-03532-JLT-SAB (E.D. Cal. June 12, 2026), ECF No. 6. The Court finds that supplemental briefing on this issue would assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS that:

1. Within seven (7) days of the date of service of this order, Respondents SHALL FILE a supplemental brief addressing whether Petitioner received notice at least 72 hours before the scheduled bond hearing and any supporting documentation.

2. Within seven (7) days of the date of service of Respondents' supplemental brief, Petitioner MAY FILE a supplemental brief.

IT IS SO ORDERED.

Dated: **November 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge