# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES CAMILO ROA VIVAS,<br>Petitioner,<br>v.<br>CALIFORNIA CITY WARDEN,<br>Respondent. | Case No. 1:26-cv-5582-JLT-SAB-HC<br>ORDER GRANTING RESPONDENTS' MOTION FOR EXTENSION OF TIME<br>(ECF No. 14) |

On November 13, 2026, Respondent filed a motion for a 7-day extension of time to file a response because counsel had recently been assigned the case and required time to review the record. (ECF No. 14.)

Accordingly, the Court GRANTS Respondent's motion for extension of time. The response is now due November 20, 2026.

IT IS SO ORDERED.

Dated: **November 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge